UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

PALMCO ADMINISTRATION, LLC d/b/a
INDRA ENERGY ADMINISTRATION,

                    Plaintiff,

v.

RAGNAR CONSULTING, LLC,
and TYLER F. LYNCH,

                    Defendants.

------------------------------------------------------------------ X

Case No.: 1:24-cv-09407

**NOTICE TO TAKE DEPOSITION**
**UPON ORAL EXAM**
**PURSUANT TO RULE 30(B)(6)**

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff PALMCO ADMINISTRATION, LLC d/b/a INDRA ENERGY ADMINISTRATION (hereinafter, "Palmco"), by its undersigned counsel, will take the deposition of Defendant RAGNAR CONSULTING, LLC (hereinafter, "Defendant" or "Ragnar"), commencing on **January 22, 2026 at 2:00 p.m.** The deposition will take place remotely.

The deposition will continue from day-to-day thereafter, or at such other time and place as may be agreed upon by counsel for the parties, until completed. The deposition will be recorded by stenographic and/or videographic means before a court reporter or other person duly authorized by law to administer oaths and take depositions by oral examination. You are invited to cross-examine.

1

**NOTICE IS FURTHER GIVEN** that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Ragnar is required to designate and produce at the deposition those directors, managing agents, employees, or other persons most qualified to testify on its behalf as to the subjects of examination specified in **Schedule A** below. To the extent that different individuals are the most qualified to testify, Ragnar is required to designate and produce for deposition examination each such individual.

Dated: New York, New York
       January 21, 2025

                                      Respectfully submitted,
                                      GORDON REES SCULLY MANSUKHANI LLP

                                      By: _/s/ Brendan T. Mahoney_____.
                                      Brendan T. Mahoney
                                      *Attorneys for the Defendant*
                                      *Palmco Administration, LLC d/b/a*
                                      *Indra Energy Administration*
                                      1 Battery Park Plaza, 28th Floor
                                      New York, NY 10004
                                      T.: (973) 549-2532
                                      bmahoney@grsm.com

## CERTIFICATION

I hereby certify that on this 21st day of January 2026, a copy of the foregoing Notice of Deposition of Ragnar Consulting, LLC, was served by electronic mail and/or US Mail on all parties of record.

Nicole A. Sullivan, Esq.
White and Williams, LLP
810 Seventh Avenue – Suite 500
New York, NY 10019
Phone: 212.631.4429
sullivann@whiteandwilliams.com
*Local Counsel for the Defendants*

Michael c. Whitticar, Esq. (V.S.B. No. 32968)
NOVA IP Law, PLLC
155 Broadview Avenue, Suite 200
Warrenton, VA 20186
Phone: 571.386.2980
mikew@novaiplaw.com
*Virginia Counsel for Defendants*
Admitted Pro Hac Vice

                                        */s/ Brendan T. Mahoney*
                                        Brendan T. Mahoney, Esq.

## SCHEDULE A
## DEFINITIONS

The following words and phrases shall mean and include the following definitions applicable to Palmco's Notice of Defendant's 30(b)(6) Deposition and the designated topics identified herein. Definitions stated in Local Civil Rule 26.3 are set forth below along with definitions not included in that rule, as necessary. Words not defined herein shall have the meanings given to them in the operative complaint in this lawsuit or in common usage within the context in which they are used.

1. "Communication" means the transmittal of information (in the form of facts, ideas, inquiries or otherwise).

2. "Document" or "documents" means, as set forth in Fed. R. Civ. P. 34(a)(1)(A), any designated documents or electronically stored information—including writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations—stored in any medium from which information can be obtained either directly or, if necessary, after translation by the responding party into a reasonably usable form.

3. "Identify," "identity," or "identification" means, when used in reference to:

    (a) A natural person, his or her: full name; present or last known address; business address; and present or last known place of employment.

    (b) A company, corporation, association, partnership or other legal entity: its full name and the address of its principal place of business.

    (c) A document: the (i) type of document; (ii) general subject matter; (iii) date of the document; and (iv) author(s), addressee(s) and recipient(s). In the alternative, the responding party may produce the documents, together with identifying information sufficient to satisfy Fed. R. Civ. P. 33(d).

    (d) An oral communication: the date and time when it occurred; the place where it occurred; the substance of the communication; the identity of each person to whom such communication was made, by whom such communication was made; and who was present when such communication was made; and if by telephone, the identity of each person who made each phone call, who participated in each call; and the place where each person participating in each call was located.

4. "Oral communication" or "oral communications" means any verbal conversation or other statement from one person to another, including, but not limited to, any interview, conference, meeting or telephone conversation.

5. "Person" means a natural person, or any legal entity, including, without limitation, any business or governmental entity or association.

6. "Concerning" means relating to, referring to, describing, evidencing or constituting.

7. "Ragnar" or "You" means Ragnar Consulting, LLC, and any of its agents, former agents, partners, former partners, assignees, representatives, former representatives, employees, former employees, independent contractors, former independent contractors, directors, former directors, shareholders, former shareholders, and insurance carriers (if applicable) and related entities.

8. Palmco refers to Palmco Administration, LLC d/b/a Indra Energy Administration and any of its agents, former agents, partners, former partners, assignees, representatives, former representatives, employees, former employees, independent contractors, former independent contractors, directors, former directors, shareholders, former shareholders, and insurance carriers (if applicable).

9. "Complaint" means the Amended Complaint, ECF Doc. 6, filed in this lawsuit, and/or any operative subsequent complaint.

## **RULE 30(b)(6) TOPICS OF EXAMINATION**

1. Ragnar's structure, management, organization chart and information regarding Ragnar, including its ownership, principals, and assets.

2. The Independent Contractor Consulting Agreement between at issue herein.

3. Any and all Ragnar employee who has knowledge of facts related to any of the events, claims, matters, or issues in this case.

4. The specific facts related to Ragnar's assertion in their Answer that "Plaintiff knew about, condoned, acquiesced in and waived any misconduct by Defendants."

5. The specific facts related to Ragnar's assertion in their Answer that "Plaintiff's operations and system lacked adequate safeguards against the alleged misconduct and in fact aided, abetted and encouraged that conduct."

6. The specific facts related to Ragnar's assertion in their Answer that "The alleged contracts and agreements were illegal in that they were intended to encourage and permit the alleged misconduct."

7. Any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in this Action or to indemnify or reimburse for payments made to satisfy the judgment.

8. Ragnar's investigation or lack thereof into the facts related to any of the events, claims, matters, or issues in this case.

9. All disputed allegations and denials made by any party in this case.

10. All claims and defenses asserted by any party in this case.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI LLP

By: /s/_____.
Brendan T. Mahoney
Attorneys for the Defendant
Palmco Administration, LLC d/b/a
Indra Energy Administration
1 Battery Park Plaza, 28th Floor
New York, NY 10004

bmahoney@grsm.com

## **CERTIFICATION**

I hereby certify that on this 21st day of January 2026, a copy of the foregoing Notice of Deposition of Tyler Lynch was served by electronic mail and/or US Mail on all parties of record.

Nicole A. Sullivan, Esq.
White and Williams, LLP
810 Seventh Avenue – Suite 500
New York, NY 10019
Phone: 212.631.4429
sullivann@whiteandwilliams.com
*Local Counsel for the Defendants*

Michael c. Whitticar, Esq. (V.S.B. No. 32968)
NOVA IP Law, PLLC
155 Broadview Avenue, Suite 200
Warrenton, VA 20186
Phone: 571.386.2980
mikew@novaiplaw.com
*Virginia Counsel for Defendants*
Admitted Pro Hac Vice

/s/ _____
Brendan T. Mahoney, Esq.