UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PALMCO ADMINISTRATION, LLC d/b/a INDRA ENERGY ADMINISTRATION,<br><br>                     Plaintiff,<br><br>      -against-<br><br>RAGNAR CONSULTING, LLC and TYLER F. LYNCH,<br><br>                   Defendants. | 24-CV-9407 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      By **April 13, 2026**, the parties shall meet, confer, and propose three separate two-week periods for trial between August 2026 and February 2027.

      SO ORDERED.

Dated: April 2, 2026
       New York, New York

                                    ARUN SUBRAMANIAN
                              United States District Judge