

**BRENDAN MAHONEY**
bmahoney@grsm.com
Direct (860) 494-7489

755 Main Street Suite 1700
Hartford, CT 06103
www.grsm.com

May 27, 2026

**VIA CM/ECF**
Hon. Arun Subramanian
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> **RE:** *Palmco Administration, LLC d/b/a Indra Energy Administration v. Ragnar Consulting, LLC and Tyler F. Lynch, Docket No. 1:24-cv-09407-AS*
> **Application to Reopen**

Honorable Judge Subramanian:

The Court's April 13, 2026, Order of Dismissal (ECF 42) requires that the Parties submit an application to reopen prior to the aforementioned May 28, 2026 deadline if the Parties seek to re-open the above captioned matter.   Please allow the instant correspondence to serve as such application, including as needed pursuant to Fed. R. Civ. Pro. 60(b).

In accordance with the Court's Order, the Parties herein request that the above captioned matter be reopened. While the Parties have reached a settlement in principle, they are still in the process of negotiating the details of the settlement, and specifically the settlement documentation itself, and require additional time to finalize same.  The parties need this matter re-opened, because, *inter alia*, their settlement in principle contemplates the filing of a stipulated judgment.

Defendants have consented to the instant correspondence.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP
*Counsel for PALMCO ADMINISTRATION, LLC*
*d/b/a INDRA ENERGY ADMINISTRATION*

By:  Brendan T. Mahoney, Esq.